MAYFIELD CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLANT; AINTREE PARK APARTMENTS, APPELLEE, *v.* CUYAHOGA COUNTY BOARD OF REVISION ET AL., APPELLEES.

[Cite as *Mayfield City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision* (1999), 85 Ohio St.3d 165.]

(No. 98–451—Submitted February 24, 1999—Decided March 31, 1999.)

*Kelley, McCann & Livingstone, L.L.P., Fred J. Livingstone* and *Robert A. Brindza,* for appellant.

*Fred Siegel Co., L.P.A.*, and *Annrita S. Johnson*, for appellee Aintree Park Apartments.

*William D. Mason*, Cuyahoga County Prosecuting Attorney, and *Timothy J. Kollin*, Assistant Prosecuting Attorney, for appellee Cuyahoga County Board of Revision et al.

---

**Per Curiam.** We affirm this decision on the authority of *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision* (1999), 85 Ohio St.3d 156, 707 N.E.2d 499, decided today.

*Decision affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

**LUNDBERG STRATTON, J., dissenting.** I dissent for the same reasons expressed in my dissent in *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision* (1999), 85 Ohio St.3d 156, 161–165, 707 N.E.2d 499, 503–505, decided today.

COOK, J., concurs in the foregoing dissenting opinion.